Reset Form

FILED KZ
June 25, 2021 2:47 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DATE: _____6/24/21_____          ems  Scanned by Ems /6/25

REPLY TO
ATTN OF:    Maggie

SUBJECT:    Possibly Related Case

     CASE NUMBER: _____1:21-cv-538_____

     CASE CAPTION: ____Rankin v. Berrien, County of____

UNITED STATES DISTRICT COURT

# memorandum

**1:21-cv-538**

Paul L. Maloney
U.S District Judge
Phillip J. Green
U.S Magistrate Judge

TO:       Magistrate Judge Green

According to the  Complaint (intake review)

the attorney of record indicates this case is related to the cases listed below:

Judge Paul L. Maloney          Case Number___1: 21-cv-119___

                                          Case Number_____

                                          Case Number_____

**X** Case is related          ____ Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

_____ (1)    relates to property involved in an earlier numbered pending suit

__X__ (2)    arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

_____ (3)    involves the validity or infringement of a patent already in suit in any pending earlier numbered case

_____ (4)    is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE:_____

_____

_____

Dated: **Jun 24, 2021**          ___Phillip J. Green___
                                   Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

✓ Direct assignment performed          _TM_          6/25/21
_____ Random assignment performed      Initials      Date

07/15