UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. RANKIN,

    Plaintiff,

v.

                        Case No. 1:21-cv-538

COUNTY OF BERRIEN,

                        HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  July 13, 2022                               /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge